■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORDAN M. EARLEY, Appellant. [48 NYS3d 626]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Forman, J.), rendered December 4, 2015, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, the record demonstrates that he knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Ramos*, 7 NY3d 737 [2006]; *People v Lopez*, 6 NY3d 248 [2006]), and knowingly, voluntarily, and intelligently entered a plea of guilty (*see People v Fiumefreddo*, 82 NY2d 536, 544 [1993]). Rivera, J.P., Austin, Roman, Hinds-Radix and Connolly, JJ., concur.